UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARTIS K.M. CARADINE,<br><br>    Plaintiff,<br><br>  v.<br><br>KEITH FAULDER, et al.,<br><br>    Defendants. | Case No. 22-cv-02085-JSC<br><br>**ORDER OF DISMISSAL** |

On August 26, 2022, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint. He has failed to do so. This case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and Plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 21, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge